## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>QAMAR AHMED HASSAN (1),<br>SAHRA MOHAMED NUR (2),<br>ABDIWAHAB AHMED MOHAMED (3),<br>et al.,<br><br>    Defendants. | Case No. 22-CR-224 (NEB/TNL)<br><br>ORDER APPROVING<br>INTERLOCUTORY SALE OF<br>REAL PROPERTY |

Based on the Joint Stipulation for Interlocutory Sale of Real Property, (ECF No. 135), and the stipulated Expedited Settlement Agreement, (ECF No. 135-1), between the Plaintiff United States of America, Defendants Qamar Ahmed Hassan, Abdiwahab Mohamud, and Sahra Mohamed Nur, third-party property owner, Kilimanjaro, LLC, and lien-holder Bridge Capital, LLC, for good cause shown,

IT IS HEREBY ORDERED that:

1. The joint stipulation for interlocutory sale of the real property commonly known as 3401 and 3463 Hiawatha Avenue, Minneapolis, Minnesota, PID Nos. 01-028-24-42-0221 and 01-028-24-41-0140 ("the Real Property") (ECF No. 135) is APPROVED.

2. The stipulated Expedited Settlement Agreement for the Real Property (ECF No. 135-1) is APPROVED.

3.     The Real Property shall be sold pursuant to the terms of the Joint Stipulation for Interlocutory Sale of Real Property, all of which shall be deemed in full force and effect.

4.     Pursuant to the Joint Stipulation for Interlocutory Sale of Real Property and Expedited Settlement Agreement, the net proceeds from the sale of the Real Property shall be treated as substitute *res* for the Real Property for purposes of this action, and shall be held in escrow by the United States Marshals Service pending further order of this Court or agreement of the parties.

5.     This Order shall expire and become null and void upon the issuance of a Final Order of Forfeiture that vests all rights, title and interest in the Real Property to the United States.

Dated: May 22, 2023                                       BY THE COURT:

                                                          s/Nancy E. Brasel
                                                          Nancy E. Brasel
                                                          United States District Judge