# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>QAMAR AHMED HASSAN,<br><br>　　　　　　　　　Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>　　　　　U.S. District Judge<br><br>Case No:　　　　　22-cr-224 (1) (NEB/TNL)<br>Date:　　　　　　August 24, 2023<br>Court Reporter:　Renee Rogge<br>Courthouse:　　　Minneapolis<br>Courtroom:　　　 13W<br>Time Commenced:　1:50 p.m.<br>Time Concluded:　2:50 p.m.<br>Time in Court:　 1 hour |

APPEARANCES:
　Plaintiff:　　Harry Jacobs, Assistant U.S. Attorney
　Defendant:　　Elizabeth Forsythe and Eric Weisenburger, Retained Attorneys

Interpreter: Ayderus Ali/Somali

PROCEEDINGS:

CHANGE OF PLEA HEARING:

PLEA:
☒　Guilty as to Counts 2 and 21 of the Indictment.
☒　Presentence Investigation Report Requested.
☒　Defendant is released on bond conditions.

Date: August 24, 2023　　　　　　　　　　　　　　s/Kristine Wegner
　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy to Judge Nancy E. Brasel