UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-cr-224 (2) (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR TRAVAL OUTSIDE MINNESOTA** |
| SAHRA MOHAMED NUR, | |
| Defendant. | |

This matter is before the Court on Defendant Sahra Mohamed Nur's Motion for Permission to Travel (ECF No. 161). The Government does not oppose the travel request. The U.S. Probation Office has an office policy opposing any international travel, but expressed no specific concerns related to Ms. Nur's travel plans. Based on all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendant Sahra Mohamed Nur's Motion is GRANTED. The following travel plans are permitted by the Court:

1. From Minneapolis to Saudi Arabia, October 3, 2023 through October 18, 2023.

2. From Saudi Arabia to Somalia, October 18, 203 through November 2, 2023.

3. From Somalia to Minneapolis, November 2, 2023 through November 3, 2023.

During the time in which Defendant Nur is residing in Saudi Arabia and Somali, she will not be under the supervision of Pretrial Services but defendant Nur must maintain

contact with her attorney and return to the United States as stated in the travel itinerary.

She must continue to comply in all other respects with her conditions of release.

Dated: September 20, 2023                              s/Nancy E. Brasel
                                                       Nancy E. Brasel
                                                       United States District Court Judge