UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-cr-224 (8) (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR TRAVEL OUTSIDE MINNESOTA** |
| YUSUF BASHIR ALI, | |
| Defendant. | |

This matter is before the Court on Defendant Yusuf Bashir Ali's Motion for Permission to Travel to Dubai, UAE and Nairobi, Kenya beginning December 10, 2023, and returning to Minneapolis, MN on January 31, 2024 (ECF No. 175.) Neither the Government nor Probation takes a position on this travel request, though Probation voiced concerns about the length of the proposed trip.

The Court has taken requests for international travel in this case on an individual basis. First, it appears as though Mr. Ali booked the travel prior to his request to the Court, apparently assuming the Court would grant the request. Second, the Court finds Mr. Ali's documentation to be insufficient to approve travel. Mr. Ali's Motion to Travel Outside Minnesota (ECF No. 175) is DENIED.

Dated: December 5, 2023
s/Nancy E. Brasel
Nancy E. Brasel
United States District Court Judge