UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No. 22-224(8) (NEB/TNL) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION FOR INTERNATIONAL TRAVEL** |
| Yusuf Bashir Ali, | |
| Defendant. | |

This matter is before the Court on Defendant Yusuf Bashir Ali's Amended Motion for International Travel (ECF No. 179). The Government and Probation do not take a position regarding this request. Based on all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendant Yusuf Bashir Ali's Motion is GRANTED. The following travel plans are permitted by the Court:

1. From Minneapolis to Dubai, United Arab Emirates on December 10, 2023.

2. From Dubai, United Arab Emirates to Nairobi, Kenya, on January 11, 2024, or as soon thereafter as Mr. Ali's Uncle Said Hassan is certified as medically capable of air travel. Mr. Ali shall notify his counsel as soon as he arranges his flight from Dubai to Nairobi, and counsel will promptly provide the details of that flight to the government, probation, and the Court.

3. From Nairobi, Kenya to Minneapolis on January 30, 2024.

During the time in which Defendant Ali is residing in Dubai, UAE and Nairobi, Kenya, he will not be under the supervision of Pretrial Services, but Defendant Ali must maintain

2

contact with his attorney and return to the United States as stated in the travel itinerary. He must continue to comply in all other respects with his conditions of release.

DATED: _____          _____
                                           Nancy E. Brasel
                                           United States District Judge