

U.S. Department of Justice

United States Attorney
District of Minnesota

*600 United States Courthouse*   *Telephone: (612) 664-5600*
*300 South Fourth Street*   *Fax: (612) 664-5787*
*Minneapolis, MN  55415*

September 29, 2025

Jason Steck
525 Park Street, Suite 320
St. Paul, Minnesota 55103

  Re: *United States v. Abdiwahab Mohamud*
  Criminal No. 22-224(3) (NEB/DTS)
  Rule 404(b) Notice

Dear Counsel:

  We are writing to inform you of the government's intent to admit certain evidence. It is the government's position that some or all of this evidence—notably items 1, 2, and 4—are intrinsic to the charged conspiracy and scheme. Out of an abundance of caution, the government is providing notice of the general nature of this evidence in accordance with Rule 404(b) under which the evidence is also admissible as evidence of, among other things, knowledge, opportunity, preparation, intent, plan, and absence of mistake or accident. We note that evidence concerning each of the items below was produced in our earlier disclosures.

1. The United States may seek to admit evidence that Mohamud and his conspirators at S&S Catering applied for a Covid-era Small Business Loan from Hennepin County in December 2020, despite S&S's receipt of over $1.5 million in food-program funds from September through December 2020. That sum accounts only for S&S's program income from its fraudulent claims as a site and does not account for S&S's program income from its fraudulent claims as a vendor.

2. The United States may seek to admit evidence that Mohamud operated a fraudulent food distribution site using his entity, Minnesota Senior Center, through which he submitted inflated claims for food-program reimbursements.

3. The United States may seek to admit evidence that, through the Minnesota Senior Center, Mohamud and his conspirators defrauded state waivered-services programs, including programs and benefits that permitted reimbursements for adult day services.

**Ex. A**

4. The United States may seek to admit evidence that Mohamud and his conspirators at the Minnesota Senior Center applied for a Covid-era Small Business Loan from Hennepin County in December 2020, despite the Center receiving nearly half a million dollars from insurers for purported services rendered between April and December 2020.

As always, should you have questions about this or any other aspect of the case, please do not hesitate to reach out.

Sincerely,

JOSEPH H. THOMPSON
Acting United States Attorney

BY:		*/s/ Daniel W. Bobier*
DANIEL W. BOBIER
MELINDA A. WILLIAMS
Assistant U.S. Attorneys