# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No:  22-cr-224 (3) (NEB/DTS) |
| | Date:  October 6, 2025 |
| ABDIWAHAB AHMED MOHAMUD, | Courthouse:  Minneapolis |
| | Courtroom:  13W |
| | Court Reporter:  Renee Rogge |
| | Time Commenced: 10:08 a.m. |
| Defendant. | Time Concluded:  11:28 a.m. |
| | Time in Court:  1 hour and 20 minutes |

Before Nancy E. Brasel, United States District Judge

APPEARANCES:

    For Plaintiff:    Melinda Williams and Daniel Bobier, Assistant U.S. Attorneys
    For Defendant:    Jason Steck, Retained Attorney

    Interpreter: Adyerus Ali /Somali –(Stand by only)

**MOTIONS:**

☒ Government's motion to revoke pretrial release (ECF No. 415) was moved, argued and granted for the reasons stated on the record.
Government Witness: Special Agent Jared Kary, FBI
☒ Defendant is remanded to the custody of the USM.

Date: October 6, 2025                                                  s/Kristine Wegner
                                                                                     Courtroom Deputy to Judge Nancy E. Brasel