# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CV-224 (3) (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ON GOVERNMENT'S MOTION TO REVOKE PRETRIAL RELEASE |
| ABDIWAHAB AHMED MOHAMUD, | |
| Defendant. | |

Defendant appeared before the Court on October 6, 2025 for an evidentiary hearing on the Government's motion to revoke pretrial release. (ECF No. 415.) For the reasons stated on the record at the hearing, IT IS HEREBY ORDERED THAT Defendant's pretrial release is revoked pending trial. Defendant is committed to the custody of the United States Marshal.

Dated: October 6, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge