# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 22-CR-85 (NEB/TNL) |
| MOHAMED JAMA ISMAIL, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 22-CR-124 (NEB/DTS) |
| ABDIAZIZ SHAFII FARAH, ET AL., | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 22-CR-222 (NEB/DTS) |
| LIBAN YASIN ALISHIRE, ET AL., | |
| Defendants. | |

UNITED STATES OF AMERICA,

    Plaintiff,

v.               22-CR-223 (NEB/DTS)

AIMEE MARIE BOCK, ET AL.,

    Defendants.

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.               22-CR-224 (NEB/DTS)

QAMAR AHMED HASSAN, ET AL.,

    Defendants.

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.               22-CR-225 (NEB/DTS)

SHARMAKE JAMA, ET AL.,

    Defendants.

UNITED STATES OF AMERICA,

          Plaintiff,

v.	22-CR-226 (NEB/DTS)

HAJI OSMAN SALAD, ET AL,

          Defendants.

---

UNITED STATES OF AMERICA,

          Plaintiff,

v.	22-CR-236 (NEB)

HANNA MARAKEGN,

          Defendant.

---

UNITED STATES OF AMERICA,

          Plaintiff,

v.	22-CR-237 (NEB)

BEKAM ADDISSU MERDASSA,

          Defendant.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                     22-CR-238 (NEB)

HADITH YUSUF AHMED,

        Defendant.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                       22-CR-277 (NEB/DTS)

MEKFIRA HUSSEIN, ET AL.,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                       22-CR-293 (NEB/DTS)

MOHAMED MUSE NOOR,

        Defendant.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                       23-CR-80 (NEB/DTS)

AYAN FARAH ABUKAR,

        Defendants.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | |
| v. | | 23-CR-81 (NEB/DTS) |
| SADE OSMAN HASHI, | | |
| | Defendant. | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | |
| v. | | 23-CR-82 (NEB/DTS) |
| SHARON ROSS, | | |
| | Defendant. | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | |
| v. | | 23-CR-91 (NEB/DTS) |
| MOHAMED ALI HUSSEIN, ET AL, | | |
| | Defendants. | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | |
| v. | | 23-CR-92 (NEB) |
| MULATA YUSUF ALI, | | |
| | Defendant. | |

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                    24-CR-13 (NEB/DTS)

SAID EREG, ET AL.

                Defendants.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                    24-CR-15 (NEB/DTS)

IKRAM YUSUF MOHAMED, ET AL.

                Defendants.

---

UNITED STATES OF AMERICA,

                  Plaintiff,

v.                                                    24-CR-24 (NEB)

HODA ALI ABDI,

                Defendant.

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                                 25-CR-214 (NEB/DTS)

HIBO SAHAH DAAR,

          Defendant.

---

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                                 25-CR-226 (NEB/DTS)

DOROTHY JEAN MOORE,

          Defendant.

---

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                               25-CR-297 (NEB)

HUSSEIN MOHAMED FARAH,

          Defendant.

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                        25-CR-331 (NEB/DTS)

AHMEDNAJI MAALIM AFTIN SHEIKH,

                Defendant.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                        25-CR-334 (NEB/DTS)

MUNA WAIS FIDHIN,

                Defendant.

---

UNITED STATES OF AMERICA,

                  Plaintiff,

v.                                                        25-CR-440 (NEB/DTS)

OUSMAN CAMARA,

                Defendant.

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                                          25-CR-447 (MJD/LIB)

ABDIRASHID BIXI DOOL,

          Defendant.

## ORDER OF DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF RELATED CASE

Case Nos. 22-CR-85, 22-CR-124, 22-CR-222, 22-CR-223, 22-CR-224, 22-CR-225, 22-CR-226, 22-CR-236, 22-CR-237, 22-CR-238, 22-CR-277, 22-CR-293, 23-CR-80, 23-CR-81, 23-CR-82, 23-CR-91, 23-CR-92, 24-CR-13, 24-CR-15, 24-CR-24, 25-CR-214, 25-CR-226, 25-297, 25-331, 25-334 and 25-CR-440, having been assigned to Judge Nancy E. Brasel and Magistrate Judge David T. Schultz and Case No. 25-CR-447 having later been assigned to Judge Michael J. Davis and Magistrate Judge Leo I. Brisbois and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 25-CR-447 be assigned to Judge Nancy E. Brasel and Magistrate Judge David T. Schultz *nunc pro tunc,* by use of a space on the appropriate list of the automated case assignment system. The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order signed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.

DATED: November 25, 2025

s/Nancy E. Brasel
NANCY E. BRASEL
United States District Judge

DATED: November 26, 2025

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Judge