IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FINAL PRETRIAL RELEASE REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| FILSAN MUMIN HASSAN, | ) |
| Defendant. | ) |

**COURT MINUTES - CRIMINAL**
BEFORE: Nancy E. Brasel
U.S. District Judge

| | |
|---|---|
| Case No: | 22-cr-224 (4) (NEB/DTS) |
| Date: | March 12, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 10:24 a.m. |
| Time Concluded: | 10:30 a.m. |
| Time in Court: | 6 minutes |

APPEARANCES:

Plaintiff:   Matthew Murphy, Assistant U.S. Attorney
Defendant:   Catherine Turner, Retained Attorney

PROCEEDINGS:

☒ Revocation of Pretrial Release Conditions – Final Hearing

<u>ORDERED</u>:

☒   The hearing is continued to 5/7/26 at 4:00 p.m. in conjunction with the sentencing.

Date: March 12, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel