# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
|---|---|---|

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

Case No: 22-cr-224 (7) (NEB/DTS)
Date: March 30, 2026
Courthouse: Minneapolis
Courtroom: 13W
Court Reporter: Renee Rogge
Time Commenced: 10:00 a.m.
Time Concluded: 10:40 a.m.
Time in Court: 40 minutes

Plaintiff,

v.

ABDUL ABUBAKAR ALI,

Defendant.

For Plaintiff:     Matthew Murphy, Assistant U.S. Attorney
For Defendant:    Kevin Gregorius, Retained Attorney

☒ **Sentencing.**
☒ The Government's motion is granted.

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| 1 | X | 1 year and 1 day | 1 year |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately.
☒ Restitution in the amount of $122,698.00 is due immediately.
☒ Sealed filing at ECF No. 489 shall remain sealed for 10 years  (3/30/36)
☒ Counts 8 and 14 of the Indictment are dismissed my motion of the United States.
☒ Defendant is released on the conditions of release. Defendant shall voluntarily surrender to his place of confinement on 6/2/26 by 12:00 p.m. If a designation has not been determined by that date or the defendant prefers he may surrender to the US. Marshal Services in Minneapolis, MN on 6/2/26 by 12:00 p.m.

Date: March 30, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel