# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ABDULLAHE NUR JESOW, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 22-cr-224 (6) (NEB/DTS) |
| Date: | April 8, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 2:10 p.m. |
| Time Concluded: | 3:05 p.m. |
| Time in Court: | 55 minutes |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Matthew Murphy, Assistant U.S. Attorney |
| For Defendant: | Ryan Pacyga, CJA appointed  Attorney |

Interpreter: Ayderus Ali/Somali (stand by basis only)

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| 20 | X | 43 months | 2 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately.
☒ Restitution in the amount of $866,458 is due immediately.
☒ Counts 1, 12 and 14 of the Indictment are dismissed my motion of the United States.
☒ Defendant is released on his conditions of release. Defendant shall voluntarily surrender to his place of confinement on 4/30/26 by 12:00 p.m. If a designation has not been determined by that date or the defendant prefers he may surrender to the US. Marshal Services in Minneapolis, MN on 4/30/26 by 12:00 p.m.

Date: April 8, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel