PS 8

(Rev 5/10)

Filed by the
Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. Filsan Mumin Hassan          Docket No. 0864 0:22CR00224-004(NEB)

### Petition for Action on Conditions of Pretrial Release

COMES NOW Reginale B. Hall, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Filsan Mumin Hassan** who was placed under pretrial supervision by the Honorable David T. Schultz, sitting in the Court at Minneapolis on the 21st day of September, 2022, under the following special conditions:

- Pretrial Services Supervision
- Surrender Passport/Green Card
- Obtain No New Passport/Green Card
- Travel Restrictions
- Weapons Restrictions
- Alcohol Abstinence
- No Illegal Use of Controlled Substances
- Substance Abuse Testing/No Tampering with Substance Abuse Testing
- Report Contact with Law Enforcement
- Residential Requirements
- Comply with State Court Matters
- Employment Restrictions
- Financial Disclosures
- No New Credit Charges/Lines of Credit
- No Access to Funds Derived from the Federal Child Nutrition Program
- Substance Use Disorder Assessment/Follow Recommendations (modification - October 28, 2022)
- No Contact with Victim/Witness/Codefendants/Coconspirators/Jimmy Allen Except Blood Relatives (revised -August 19, 2025)
- Location Monitoring Curfew without Technology (modification - August 19, 2025)
- Drug Treatment (modification – August 19, 2025)
- Location Monitoring Curfew with Technology (modification - October 20,2025)

On December 7, 2023, Hassan pled guilty to Count 1: Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §§ 1343, 371; and Count 15: Money Laundering, in violation of 18 U.S.C. § 1957.

Petition for Action on Conditions of Pretrial Release            RE: Filsan Mumin Hassan
Page 2

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The below actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3148.

Order Setting Conditions of Release 7(m): Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

Order Setting Conditions of Release 7(n): submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

Hassan submitted two urine samples that tested positive for methamphetamine. Hassan also failed to provide a urine sample when requested.

PRAYING THAT THE COURT WILL ORDER:

Summons previously issued. Next scheduled Court appearance is May 7, 2026. Probation requests the defendant remain on pretrial release until her next court appearance.

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __27th____ day of ___April _____, 2026, and ordered filed and made a part of the records in the above case. | s/ *Reginale B. Hall* |
| | Reginale B. Hall |
| | Assistant Deputy Chief U.S. Probation Officer |
| | 651-848-1266 |
| s/Nancy E. Brasel | Executed on    April 24, 2026 |
| Nancy E. Brasel U.S. District Judge | Place           St. Paul |