**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-224 (3) (NEB/DTS) |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| ABDIWAHAB AHMED MOHAMUD, | |
| Defendant. | |

Based on the United States' Motion for a Preliminary Order of Forfeiture; on the Indictment and on the Plea Agreement entered into between the United States and Defendant Abdiwahab Ahmed Mohamud; and on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1), the United States has established the requisite nexus between such property and the offense to which the Defendant pled guilty, IT IS HEREBY ORDERED that:

1. The United States' Motion for a Preliminary Order of Forfeiture (ECF No. 539) is GRANTED;

2. The following property is forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(c) in conjunction with 28 U.S.C. § 2461(c), and pursuant to 18 U.S.C. § 982(a)(1):

a. The net proceeds (totaling $863,036.65) from the sale of the real property (as approved by ECF No. 116) located at 301-309 (odd-numbered addresses) East Lake Street, Minneapolis, Minnesota, legally described as:

   i. Lots 42 to 47, State Addition to Minneapolis according to the recorded plat thereof together with all hereditaments and appurtenances with property tax ID number 03-028-24-11-0093;

b. The net proceeds (totaling $627,663.03) from the sale of the real property (as approved by ECF No. 116) located at 311-319 (odd-numbered addresses) East Lake Street, Minneapolis, Minnesota, legally described as:

   i. Lots 38, 39, 40 and 41, State Addition to Minneapolis according to the recorded plat thereof together with all hereditaments and appurtenances with property tax ID number 03-028-24-11-0092;

c. The net proceeds (totaling $78,457.87) from the sale of the real property (as approved by ECF No. 116) located at 3018 3rd Avenue South, Minneapolis, Minnesota;

d. The net proceeds (totaling $447,057.46) from the sale of the real property (as approved by ECF No. 137) located at 3401 - 3463 (including 3401, 3415, 3441, and 3463) Hiawatha Avenue, Minneapolis, Minnesota;

e. The real property located at 6549 102nd Ave, Brooklyn Park, Minnesota; and

f. $221,851.06 seized from Woodlands National Bank Account No. 1205953 held in the name of Golis Properties (collectively, "the Property");

3. The Attorney General or his authorized designee may seize and maintain custody and control of the Property pending the entry of a Final Order of Forfeiture;

4. A money judgment forfeiture is entered against Defendant pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) and 28 U.S.C. § 2461(c) in the amount $5,751,258;

5. Defendant shall receive credit against the money judgment forfeiture for the net forfeited value of each asset that is forfeited from him in connection with this case, including his proportionate share of any assets that he owns jointly with other defendants;

6. Defendant is ordered to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2)(C), any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the fraud scheme and conspiracy alleged in Count 12 of the Indictment;

7. Defendant is ordered to forfeit, pursuant to 18 U.S.C. § 982(a)(1) and Fed. R. Crim. P. 32.2(b)(2)(C), any property, real or personal, involved in Money Laundering charged in Count 14 of the Indictment, and any property traceable to such property;

8. Pursuant to Fed. R. Crim. P. 32.2(b)(3) and (c)(1)(B), and 21 U.S.C. § 853(m), the United States may conduct discovery as to Defendant to identify property subject to forfeiture under the terms of this order and to address any factual issues raised by a third-party petition filed pursuant to Fed. R. Crim. P. 32.2(c);

9.      The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the Property in such manner as the Attorney General may direct;

10.     Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

11.     Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee; and

12.     This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: June 12, 2026                          BY THE COURT:

                                              s/Nancy E. Brasel
                                              Nancy E. Brasel
                                              United States District Judge